Erika Sykes McKeen, *Pro per*
2210-B Adams Place NE,
Washington, DC, 20018
Phone: N/A
Email: N/A

Case: 1:24-cv-03438
Assigned To : Reyes, Ana C.
Assign. Date : 12/10/2024
Description: Pro Se Gen. Civ. (F-DECK)

# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF COLUMBIA

## NORTHWEST DIVISION

| | |
|---|---|
| ERIKA SYKES MCKEEN, | Case No.: |
| Plaintiff, | |
| vs. | CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION |
| FEDERAL BUREAU OF INVESTIGATION (FBI), | |
| BRYAN KOESTNER, | |
| TINA KOESTNER, | |
| MARY "LAURA" SYKES, | |
| MICHAEL SYKES, | |
| ALAN KONYER, | |
| Defendants | |

Plaintiff, Erika Sykes McKeen requests NON-jury trial.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 1

RECEIVED
DEC 10 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

CIVIL COMPLAINT

Plaintiff, Erika Sykes McKeen, the Complainant in this case, states the following is true to the best of her knowledge and belief.  On or about the dates of February 2013 to present, in the District of Columbia and elsewhere in the United States of America, the Defendants, Federal Bureau of Investigation (FBI), Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, and Alan Konyer attempted to stop her from filing the attached Civil Litigation on April 26, 2024, conspired to interfere with her scheduled meetings with the Public Integrity office of the Department of Justice (DOJ), and furthermore, they have interfered with their criminal investigation by allegedly attempting to stop her from providing evidence to the Public Integrity office and attempting to stop her from testifying against these Defendants as well as Stuart Konyer and Michael Gordon.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 2

## I.    THE PARTIES TO THIS COMPLAINT:

### A. The Plaintiff:

Erika Sykes McKeen, *Pro per*
2210-B Adams Place NE,
Washington, DC, 20018
Phone: N/A – formerly (480) 322-8633
Email: N/A – formerly azmedical85085@aol.com

### B. The Defendants:

1. Federal Bureau of Investigation (FBI)
   Law Enforcement, Federal
   Headquarters located at:
   933 Pennsylvania Ave NW,
   Washington, DC, 20535

2. Bryan Koestner
   6642 E. Baseline Rd., unit #104
   Mesa, AZ, 85206
   Phone:
   bkoestner@ymail.com

3. Tina Koestner
   6642 E. Baseline Rd., unit #104
   Mesa, AZ, 85206
   Phone:
   tkoestner@ymail.com

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 3

4. Mary "Laura" Sykes
   49 Lyndsey Lane,
   McKellar, Ontario, Canada, P2A 0B5
   (519) 938-7544
   msykes@bell.net

5. Michael Sykes
   49 Lyndsey Lane,
   McKellar, Ontario, Canada, P2A 0B5
   (519) 278-1926
   Msykes0625@gmail.com

6. Alan Konyer
   89 Bond St.,
   Lindsay, Ontario, Canada, K9V 0A1
   (705) 928-4550
   akonyer@hotmail.com

## II.    JURISDICTION AND VENUE:

Plaintiff, Erika Sykes McKeen claims proper Jurisdiction and Venue for the

following reasons:

Personal Jurisdiction appropriate for the Federal Bureau of Investigation (FBI).

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 4

Plaintiff, Erika Sykes McKeen claims three (3) Defendants, Mary "Laura" Sykes, Michael Sykes, Alan Konyer reside in Canada but allegedly do business in the United States (not legally) with their friends, and remaining two (2) Defendants, Bryan Koestner and his wife, Tina Koestner.

Plaintiff, Erika Sykes McKeen claims Complaints that include privacy violation including video voyeurism, interception and disclosure of oral and electronic communications, violation of computer fraud and abuse act, money laundering, obstruction of justice, as well as other violation of Federal Statutes, United States Codes Violated, and the Claim for Relief is over $75,000 (Tier 3).

Plaintiff, Erika Sykes McKeen currently resides in Washington, DC, where she has been for the past six (6) months, currently her residence since October 1, 2024 has been Adams Place Homeless Shelter and Day Center, located at 2210-unit B

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 5

5

Adams Place NE, Washington, DC, 20018, which she claims her stay at this homeless shelter is due to the recent actions and events in Washington, DC, and Defendant(s) unlawful conduct elements were committed in DC as justification for proper Venue.

Plaintiff, Erika Sykes McKeen claims she did file her NOC pursuant to A.R.S. §12-821.01 against the Federal Bureau of Investigation (FBI) on November 1, 2023, and did file her Civil Complaint, **case no. CV24-00961-PHX-JJT**, in Federal Court on April 26, 2024, attached to this pleading and claims she was at that time denied the right to serve the proper entity, US Secretary of State for the Federal Bureau of Investigation as she shall explain, and respectfully requests the Court to allow her to refile her Complaint at this time, claiming that her having to refile is due directly and indirectly to the behavior of the Defendants.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 6

Plaintiff, Erika Sykes McKeen respectfully requests the Court to first review the Civil Complaint **case no. CV24-00961-PHX-JJT** that she filed in Federal Court on April 26, 2024, which she has attached as 405 pages, including 179 pages of text and 226 pages of photo exhibits as evidence seen as attached in **Exhibit A** (containing exhibits 1-41) explaining the statement of facts to support her Complaints 1-18.

Plaintiff, Erika Sykes McKeen is respectfully requesting the Court allow her to refile this Civil Complaint as she claims that on April 26, 2024, April 29, 2024, and April 30, 2024, a Deputy Clerk named "Bev" working at the Sandra Day O'Connor Courthouse located at 401 W Washington Street, Phoenix, AZ, 85003, refused on these three (3) dates to sign her Summons for the proper entity for the Federal Bureau of Investigation to be served.  Plaintiff, Erika Sykes McKeen

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 7

claims that on April 30, 2024, she videotaped "Bev" while in the Deputy Clerk's office giving erroneous advice while refusing to sign Plaintiff, Erika Sykes McKeen's Summons for the US Secretary of State. Plaintiff, Erika Sykes McKeen claims shall go into detail below regarding her statement of facts regarding this incident and respectfully requests the Court please allow her to refile her Complaint she filed in **case no. CV24-00961-PHX-JJT** attached as **Exhibit A**.

Plaintiff, Erika Sykes McKeen claims that all six (6) Defendants, Mary "Laura" Sykes, Michael Sykes, Alan Konyer, Bryan Koestner, Tina Koestner, and the Federal Bureau of Investigation have conspired to attempt to stop her from filing the attached litigation, **case no. CV24-00961-PHX-JJT** in Federal Court which she claimed to have filed on April 26, 2024, against Defendants, Federal Bureau of Investigation, Alan Konyer, Michael Sykes, and Mary "Laura" Sykes (**Exhibit A**).

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 8

| Code Section: | Applicable Laws Supporting Claims: |
|---|---|
| U.S.C. §18-1957 | Money Laundering |
| U.S.C. §18-1028 | Identity Theft |
| DC Code §22-3241 | Signature Forgery |
| U.S.C. §18-1546 | Fraud and misuse of visas, permits, documents |
| U.S.C. §31-3729 | Fraudulent inducement / contract |
| DC Code §22-3531 | Voyeurism |
| U.S.C. §18-1801 | Video Voyeurism |
| U.S.C. §28-102 | Unlawful disclosure of images depicting states of nudity |
| U.S.C. §18-2511 | Interception and disclosure of oral, and electronic communications |

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 9

U.S.C. §18-1030    Violation of Computer Fraud and Abuse Act

U.S.C. §18-1708    Theft or receipt of Stolen Mail

DC Code §22-3215    Theft, Auto/ Unauthorized use of motor vehicle

U.S.C. §18-1519    Tampering with Physical Evidence

DC Code §50-2201.04    Reckless Driving /Reckless Endangerment

DC Code §22-1321    Disorderly Conduct / Harassment

DC Code §31-2231.05    Defamation

DC Code §22-3704    Tort – Intentional Infliction of Emotional Distress

(IIED)

U.S.C. §18-1510    Obstruction of Justice in Criminal Investigations

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 10

III.    CONTINUATION OF A CIVIL COMPLAINT:

1. **"MONEY LAUNDERING, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court first review the Civil Litigation **case no. CV24-00961-PHX-JJT**, filed in Federal Court on April 26, 2024, including Exhibits 1-41 she has attached in **Exhibit A**; however, she would like to add the claim that Bryan Koestner and Tina Koestner are also at fault for the money laundering claim because she claims while pretending to be landlords of her medical clinic only requesting that she pay over $3,000 monthly in rent to 'Southwood Property West, LLC', that they have allegedly secretly been paying money into an account in Plaintiff, Erika Sykes McKeen's name at Wells Fargo that they KNOW she has not opened or not had access to ever.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 11

11

Plaintiff, Erika Sykes McKeen claims on multiple occasions within the past six (6) months she has been to Wells Fargo banks at multiple locations requesting all the actual bank statements for account numbers, 6192327623 and 8931529856 and claims she has repeatedly been only provided the statements in **Exhibit A(5)**.

Plaintiff, Erika Sykes McKeen claims she has videotaped on her phone all her encounters at the bank for this reason because she claims she was unaware either of these accounts existed until on or about March 5, 2024 and claims the Defendant, Federal Bureau of Investigation to be responsible for attempting to interfere with her discovery of the extent to this money laundering.

Plaintiff, Erika Sykes McKeen claims she has been made aware some of this money has been moved out of the country to Canada, where she claims that Defendants, Mary "Laura" Sykes and Michael Sykes reside and claims that

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 12

cameras at the financial institution such as the Toronto Dominion-Canada Trust brank branches will prove that it has not been Plaintiff, Erika Sykes McKeen withdrawing money from these bank branches or spending money in Canada as she claims she has not been back to Canada since December 2019.

Plaintiff, Erika Sykes McKeen claims she did not know about the money laundering, violation of U.S.C. §18-1028, until March 2024; however, claims the Public Integrity office is aware accounts were opened in her name without her knowledge at Wells Fargo bank in the United States of America by the use of her birth certificate, allegedly by Defendant, Mary "Laura" Sykes, and transferred out of the country to Canada where Defendant, Mary "Laura" Sykes lives through a Toronto Dominion – Canada Trust account.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 13

Plaintiff, Erika Sykes McKeen claims she has not returned to Canada since December 2019, but does claim that prior to COVID pandemic onset in December 2019, she did return to Canada approximately once every two (2) years for approximately one (1) to two (2) weeks only.

Plaintiff, Erika Sykes McKeen claims she does recall a trip to Vancouver, British Columbia, Canada that she took on or about January 2015, when she claims she went to a Canada Trust / Toronto Dominion – Canada Trust branch in downtown Vancouver to cash a check and was shocked to be told by a teller at the bank that she had an account open there that she could store the money in. Plaintiff, Erika Sykes McKeen claims to have also once received a Canada Trust debit card in the mail at her former residence at 34000 N 27th Drive, apartment #3110, Phoenix, AZ, 85085.  Plaintiff, Erika Sykes McKeen claims she did believe

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 14

both of these strange events to be mistakes made by her former bank because as she explains above, she did close her Canadian bank account at Canada Trust / TD-Canada Trust on or about the very end of 2007 when she relocated with her former husband, Wayne McKeen to Phoenix, AZ.

Plaintiff, Erika Sykes McKeen claims to only have four (4) accounts at banks or financial institutions that she has known about or opened: two (2) bank accounts (one personal and one business) and only two (2) credit cards (one personal and one business), and claims her only personal bank account, a checking account at Wells Fargo (used to pay her personal bills, utilities at her home, child support of only $90 to A.M father, etc.), her only personal credit card also through Wells Fargo, and her only business bank account she used for expenses related to her medical clinic, Arizona Medical and Natural Health Clinic, PLLC, a checking

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 15

account at Chase bank (formerly used to pay rent to landlords Bryan Koestner and Tina Koestner's property company, Southwood Properties West, LLC), as well as her only other credit card that she had for business expenses, a Capital One card in her business name, Arizona Medical and Natural Health Clinic, PLLC.  Plaintiff, Erika Sykes McKeen claims to still possess all of these bank cards but claims she has no online access to any of these four (4) and only accounts she's used or had access to or even has known were in her name (until March 2024 when she claims at this time the two (2) members from the Public Integrity office in Washington, DC that have been investigating this matter and are currently attempting to locate her did come to meet her in Phoenix, AZ to meet her in person).

Plaintiff, Erika Sykes McKeen claims she made a small change in her business, Arizona Medical and Natural Health Clinic, PLLC account that she had

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 16

until December 2023, when she moved this money into a savings account in her personal name instead at Chase bank on or about end of December 2023 or beginning of January 2024 only upon discovery that the former accountant, Kent Krueger, CPA, that she fired in April 2023 because he attempted to trick her into signing a "POA just for taxes" or "tax POA" had been responsible for illegally removing money from her account in the amount of over $7,000 in or around December 2023. Plaintiff, Erika Sykes McKeen claims she has text messages on her phone of her former accountant, Kent Krueger's inappropriate relationship with Defendant, Mary "Laura" Sykes and his attempting to have her sign a POA in April 2023, and of her refusing to sign one before she fired him on April 25, 2023.

Plaintiff, Erika Sykes McKeen claims the only business credit card she has used through Capital One in her business name, Arizona Medical and Natural

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 17

17

Health Clinic, PLLC, has also been cut off as well only after she claims the $50,000 credit limit she has had for a long time was suddenly reduced to under $20,000 without warning or reason apparently on or about May 10, 2024, the day after she arrived in Washington, DC at the Zena Hotel. Plaintiff, Erika Sykes McKeen alleges either Defendant, May "Laura" Sykes or Defendant, Federal Bureau of Investigation as possibly responsible for this reduction of $30,000 less that Plaintiff, Erika Sykes McKeen claimed after this date to have access to continue to remain in Washington, DC and attempt to meet with Public Integrity office. Plaintiff, Erika Sykes McKeen claims calls are recorded at Capital One and this would be easy to investigate as to the responsible party in reducing Plaintiff, Erika Sykes McKeen's credit limit on or about May 10, 2024.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 18

Plaintiff, Erika Sykes McKeen claims after her online access to all her bank accounts, total of only four (4) accounts were cut off on July 15, 2024, that she then later had her bank CARDS actually cut off on or about the following dates:

Wells Fargo debit card – name on card: ERIKA D SYKES MCKEEN, #4342 5610 7627 1139, exp: 02/25, was cut off on date – or about August 2024.

Wells Fargo credit card – name on card: ERIKA D MCKEEN, #4426 4413 2186 1530, exp: 11/27, was cut off on date – on or about August 2024.

Chase Business debit card – name on card: ERIKA D SYKES MCKEEN, **ARIZONA MEDICAL AND NATUR**, #4427 4260 1896 8036, exp: 04/26, was cut off on date – unknown.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 19

Capital One Spark Business visa credit card – name on card: ERIKA D SYKES MCKEEN, **AZ MEDICAL & NATURAL HE**, #4802 1391 4198 5554, exp: 06/28, was cut off on date – on or about August 2024.

Plaintiff, Erika Sykes McKeen claims the following statement of facts to be important related to her only four (4) accounts and potential fraud she alleges:

Plaintiff, Erika Sykes McKeen claims she formerly up until 2007, or from approximately 1989-2007, had only one actual bank account (a checking account), at Canada Trust bank, now Toronto Dominion (TD)-Canada Trust bank account before moving to Arizona in December 2007 at which time she closed this account.

Plaintiff, Erika Sykes McKeen claims that when she was in the process of moving to Arizona to start her business in 2007-2008, she opened two (2) bank accounts at Bank of America and claims one (1) was for her business, Arizona

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 20

Medical and Natural Health Clinic, PLLC, and that the other one (1) was a personal account. Plaintiff, Erika Sykes McKeen claims she did have one (1) credit card to use for each of these accounts.

Plaintiff, Erika Sykes McKeen claims she obtained two (2) additional credit cards with a lower limit with air miles benefits on or about 2010 – 2012; however, claims she closed these two (2) credit card accounts in or around 2013, but claims they were through American Express and Citi bank visa (Southwest airmiles).

Plaintiff, Erika Sykes McKeen claims Defendant, Bryan Koestner and his wife Defendant, Tina Koestner also facilitated in helping their friends, Defendants, Mary "Laura" Sykes and Defendant, Michael Sykes launder money.

Plaintiff, Erika Sykes Mckeen claims she met Defendant, Tina Koestner in or around June 2018 through Defendant, Mary "Laura" Sykes and claims at that

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 21

21

time that Defendant, Mary "Laura" Sykes had Defendants, Tina Koestner and her husband, Defendant, Bryan Koestner pretend to be interested in buying her clinic office space as property owners and claims they then pretended to be landlords of her medical office that simply took over the lease from John Forrester from Pathfinder TRX-six, LLC. Plaintiff, Erika Sykes McKeen claims to have dozens of text messages from both Defendants, Bryan Koestner and his wife, Defendant, Tina Koestner in which they are denying ANY cameras in her clinic or violation of her privacy or her child, A.M.'s privacy as well as multiple emails from their email accounts to her only email account, azmedical85085@aol.com in September 2023, where they deny any lease, contract or agreement and simply claimed to have taken over the 2013 lease from John Forrester. Plaintiff, Erika Sykes McKeen claims that in these text messages, they claimed to be "family people" who would

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 22

22

never be involved in any situation in which she or her underage daughter would be seen nude or filmed without clothing on. Plaintiff, Erika Sykes McKeen claims that in October 2023, she started to believe them only after she emailed her uncle Stuart Konyer all these emails from her account in September 2023, and he did not do anything about this situation to contact authorities. Plaintiff, Erika Sykes McKeen does claim to have been unable to keep Defendant, Mary "Laura" Sykes out of her email account and has learned that she was involved with Defendants, Bryan Koestner and Tina Koestner in Signature forgery to attempt to fraudulently appear as though Plaintiff, Erika Sykes McKeen signed some agreement to allow these creepy perverted Defendants to film her and her daughter naked and she claims obviously that this was not true.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 23

Plaintiff, Erika Sykes McKeen claims she finally did meet Defendant, Tina Koestner's husband Defendant, Bryan Koestner on or about April 5, 2024, and claims he attempted to try to convince her that they had met before he purchased her office space and became her landlord and also seemed to be hyperfocused on reminding her that he paid for her sign when she agreed to stay instead of move.

Plaintiff, Erika Sykes McKeen claims she has never told Defendants, Bryan Koestner or Tina Koestner where she moved to in 2021, at 40927 N Columbia Trial, Anthem, AZ, 85086, and claims she was shocked when multiple people told her that these strange friends of her estranged family actually knew where she lived and were involved in distributing the images that were taken by cameras that were put in her home including but not limited to her bedroom and her daughter, A.M. bedroom, her bathroom, and possibly other areas.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 24

## 2. "IDENTITY THEFT, Mary "Laura" Sykes"

Plaintiff, Erika Sykes McKeen respectfully requests the Court review **Exhibit A** as her claims are the same as she has filed in Federal Court on April 26, 2024 in **case no. CV24-00961-PHX-JJT**, with the only statement of facts as additions to be that Defendant, Mary "Laura" Sykes has had the password to Plaintiff, Erika Sykes McKeen's email account azmedical85085@aol.com as well as former email she has not used in years, erikasykes2015@gmail.com as potentially how this situation started and Claims that due to Defendant, Mary "Laura" Sykes' friends Defendant, Bryan Koestner and Defendant, Tina Koestner, as well as Defendant, Mary "Laura" Sykes' friends at Defendant, Federal Bureau of Investigation, Plaintiff, Erika Sykes McKeen claims she cannot get Defendant, Mary "Laura" Sykes out of her emails.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 25

25

**3. "SIGNATURE FORGERY, Bryan Koestner, Mary "Laura" Sykes"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review

**Exhibit A, case no. CV24-00961-PHX-JJT** she filed in Federal Court on April

26, 2024; however, claims she would like to add the statement of fact that

Defendant, Bryan Koestner conspired with Defendant, Mary "Laura" Sykes in the

forging of Plaintiff, Erika Sykes McKeen's name on a contract or agreement which

he has refused to provide to her in which allowed him to violate the privacy of not

only her but her underage daughter, A.M. (DOB: 2008) without her knowledge or

consent and then denied this privacy violation in multiple emails to her account

from his email in September 2023 as well as multiple text messages from not only

Defendant, Bryan Koestner but also his wife Defendant, Tina Koestner since

September 2023 to June 2024 when she finally cut off all contact with Defendants,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 26

26

Bryan Koestner and Tina Koestner because they refused to provide her with any lease, contract or agreement.

**4. "IMMIGRATION FRAUD, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review her claim in **Exhibit A** she filed on this matter on April 26, 2024, in Federal Court case no. **CV24-00961-PHX-JJT**, and to review **Exhibit A(1)**, and would simply add that she alleges that Defendants, Bryan Koestner and Tina Koestner knew that Plaintiff, Erika Sykes McKeen was not an American citizen and knew that she thought she was here on an E2 Investor Visa as the business owner of Arizona Medical and Natural Health Clinic, PLLC only and therefore, has defrauded not only Plaintiff, Erika Sykes McKeen but also Homeland Security allegedly in their

conspiring to pretend Plaintiff, Erika Sykes McKeen has agreed to work for them while they have been using her as a slave basically and conspiring to have Defendants, Mary "Laura" Sykes and Michael Sykes profit from this crime.

Plaintiff, Erika Sykes McKeen claims she was not aware until on or about March 2024 that she was really in America on a B1/B2 investor visa allegedly (visitor visa of some type allegedly) or that all of her Immigration documents also included in **Exhibit A(2)** provided to her from her current immigration attorney, allegedly Larissa Goldman were fake.

Plaintiff, Erika Sykes McKeen claims she went to the Canadian Embassy at 501 Pennsylvania Ave NW, Washington, DC, 20001 on July 23, 2024, and claims she was not even taken up to the third floor where she has been informed she should go, but only the ground floor, and that she went to inform them of all this

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 28

nonsense and to inquire as to what her real immigration status actually was, get a new passport and request they email Public Integrity office for her, and claims she was denied on all these requests.  Plaintiff, Erika Sykes McKeen alleges Defendant, Alan Konyer's brother Stuart Konyer has been in contact with that Canadian Embassy in Washington, DC that she went to and also alleges Defendant, Federal Bureau of Investigation also responsible for this nonsense.

Plainitff, Erika Sykes McKeen claims Canadian Embassy in Washington, DC to be well aware of her situation and claims they refused on July 23, 2024 and also on January 31, 2024 to renew her expired passport and claims they refused to email criminal.division@usdoj.gov to let Public Integrity office know that she is still in Washington, DC attempting to reschedule her missed meetings with them, etc.

Plaintiff, Erika Sykes McKeen claims on July 23, 3034, the Canadian Embassy in

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 29

Washington, DC claimed they would NOT give her a replacement passport unless

she left USA immediately and that she had to return to the Embassy with an airline

ticket in hand before she could get her passport.

### 5. "FRAUDULENT INDUCEMENT, Mary "Laura" Sykes"

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the

Civil Complaint she filed in Federal Court on April 26, 2024 in **Exhibit A** and

respectfully requests that she be able to add simply the following statements of

facts.

Plaintiff, Erika Sykes McKeen claims on multiple dates in May 2024 and

June 2024, she has received multiple phone calls to her cell phone (480) 322-8633

from "Mr. Cooper" demanding mortgage payments which she claimed she stopped

her payments in March 2024 when she found out about all the money laundering

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 30

and when Wells Fargo refused to tell her where this $2,035 being wired out of her account every month was actually going to if not a mortgage company.

Plaintiff, Erika Sykes McKeen claims Defendant, Mary "Laura" Sykes conspired with "Andrea" from "Loan Depot" to have her sign a fake mortgage contract in March 2021, on her home at 40927 N Columbia Trail, Anthem, AZ, 85086.

Plaintiff, Erika Sykes McKeen alleges Defendant, Mary "Laura" Sykes as the party profiting from this fraud, but alleges her friends at the Defendant, Federal Bureau of Investigation to be likely responsible for the harassing phone calls from "Mr. Cooper" to her cell phone in May 2024 and June 2024. Plaintiff, Erika Sykes McKeen claims in her experience, members of Defendant, FBI enjoy using fake accents when prank calling; however, she claims that upon meeting with the Public

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 31

Integrity office and with their assistance, she can provide the Court with all of the

exact dates of these calls and they can determine the party responsible.

**6. "VOYEURISM, Federal Bureau of Investigation, Bryan Koestner,**

**Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review

**Exhibit A** where she has attached Civil Litigation she filed in Federal Court on

April 26, 2024 in **case no. CV24-00961-PHX-JJT**, and would simply add that she

now knows Defendant, Bryan Koestner is NOT simply a landlord only of her

medical clinic but also allegedly some type of pornographer and claims harassment

with video cameras she found even since her staying in hotels in Washington, DC

and alleges Defendant, Mary "Laura" Sykes' friends at the Defendant, Federal

Bureau of Investigation as responsible for this nonsense in not only the Zena Hotel

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 32

but also the Gateway Hotel where she claims she actually found cameras in her room at both hotels. Plaintiff, Erika Sykes McKeen currently claims zero privacy violation or cameras at the Adams Place Homeless Shelter and Day Center, 2210-B Adams Place NE, Washington, DC, 20018, where she now resides since October 1, 2024 and is thankful for this privacy finally and claims she shall not be leaving this shelter for any other shelter unless they remove her for any reason such as fear that Public Integrity office will actually find her or meet with her there.

## 7. "UNLAWFUL DISCLOSURE OF IMAGES DEPICTING STATES OF NUDITY OR SPECIFIC SEXUAL ACTIVITIES, Federal Bureau of Investigation, Bryan Koestner"

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review the statement of facts she claims in her filing of her Civil Complaint in Federal Court

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 33

on April 26, 2024, in **case no. CV24-00961-PHX-JJT** and would like to add only that she is now aware that Defendant, Bryan Koestner and his wife Tina Koestner who pretended to be landlords only of her office space as the parties responsible for unlawfully distributing images of privacy violation of her in bedrooms she has slept in and allegedly with the help of Defendant, Federal Bureau of Investigation of course assisting in the placement of cameras in the hotel rooms she has stayed at while in Washington, DC including but perhaps not limited to cameras she found and did photograph in her room at the Zena hotel on or about July 22, 2024 and Gateway hotel in September 2024.  Plaintiff, Erika Sykes McKeen claims Defendant, Bryan Koestner as well as Defendant, Federal Bureau of Investigation to be responsible for sharing illegally images of her and her daughter, A.M. online.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 34

8. **"VIDEO VOYEURISM, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** as **Exhibit A**. Plaintiff, Erika Sykes McKeen claims that she now knows that it is this Defendant, Bryan Koestner, whom she claims is practically a complete stranger to her as she only met him once and claims he has violated her privacy while pretending to be a landlord of her medical clinic only and claims he is friends with the three (3) members of her estranged family mentioned above as Defendants, Mary "Laura" Sykes, Michael Sykes, and Alan Konyer. Plaintiff, Erika Sykes McKeen claims she has been made aware that even

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 35

in the past six (6) months since filing her Civil Complaint in Federal Court, she has been made aware by multiple members of the general public that her privacy is still being violated and images are still being shared online even though staying in hotels in Washington, DC. Plaintiff, Erika Sykes McKeen claims she has actually warned hotel staff at the hotels she has stayed at and requested privacy and therefore, claims Defendant, Federal Bureau of Investigation involvement in this harassment at the hotels.

9. **"SURREPTITIOUS PHOTOGRAPHING, VIDEOTAPING, FILMING, DIGITALLY RECORDING OR VIEWING EXEMPTIONS, Federal Bureau of Investigation, Bryan Koestner"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-**

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 36

**00961-PHX-JJT** as **Exhibit A**.  Plaintiff, Erika Sykes McKeen claims that

Defendant, Federal Bureau of Investigation has had absolutely no legal reason for

violating her privacy except allegedly to obstruct justice by ensuring she does not

meet with the Public Integrity office while in Washington, DC to provide more

evidence to them as she claims she has not been staying in a prison or any

institution and therefore, Plaintiff, Erika Sykes McKeen claims she has a

reasonable right to expect privacy everywhere she has been.

**10."INTERCEPTION ELECTRONIC COMMUNICATIONS, Federal**

**Bureau of Investigation, Bryan Koestner, Tina Koestner"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review the

Civil Litigation she filed in Federal Court on April 26, 2024, **case no. CV24-**

**00961-PHX-JJT** attached as **Exhibit A**.  Plaintiff, Erika Sykes McKeen claims to

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 37

know very little about how "hot spot" internet and things like "cell phone blockers" work but alleges Defendant, Federal Bureau of Investigation to be responsible for her not being able to contact the Public Integrity office as she has had to move around from one hotel to another over the past six (6) months in Washington, DC on multiple dates from May 9, 2024 to October 1, 2024.

Plaintiff, Erika Sykes McKeen alleges that Defendants, Bryan Koestner and Tina Koestner may somehow have the password to her iPhone but unsure.

11. **"COMPUTER FRAUD, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 38

Plaintiff, Erika Sykes McKeen claims Frank Moskowitz is listed instead of Michael Gordon as the residing Judge in her Civil case no. **CV2023-052566** in Maricopa County filed on July 5, 2023, since on or about first week of October 2023, every time she has looked up this case online on all her devices as well as the computers in the Superior Court of Arizona in Maricopa County library as seen in **Exhibit A(13)**. Plaintiff, Erika Sykes McKeen claims to have had to use other cell phones belonging to strangers to see the real Court docket but claims to not be able to see the minute entries. Plaintiff, Erika Sykes McKeen claims even the computers at the Woodbridge Library, at 1801 Hamlin Street NE, Washington, DC, 20018, have Frank Moskowitz listed as the Judge in case no. **CV2023-052566** right up to December 3, 2024.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 39

Plaintiff, Erika Sykes McKeen claims the computers at her current residence and Homeless Shelter at Adams Place Day Center, 2210-B Adams Place NE, Washington, DC, 20018, also list Frank Moskowitz as the current Judge residing over case no. **CV2023-052566** as well as of November 15, 2024.  Plaintiff, Erika Sykes McKeen claims at both these locations the Court Docket for this case appears to her the same as the images she has included in her photos as evidence for the Court in **Exhibit A(13)**.

Plaintiff, Erika Sykes McKeen claims she has discovered since she filed her Civil litigation case no. **CV24-00961-PHX-JJT** in Federal Court on April 26, 2024, that Defendant, Bryan Koestner and Defendant, Tina Koestner to be responsible for some of the computer fraud on her cell phone, and of course Defendants, Mary "Laura" Sykes to be responsible for constantly breaking into her

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 40

40

email and online banking, but does allege Defendant, Federal Bureau of Investigation to be responsible party for the computer fraud in Washington, DC on the government run PC's in public locations such as Woodbridge library as well as Adams Place homeless shelter where she currently resides since October 1, 2024. Plaintiff, Erika Sykes McKeen claims Public Integrity office can confirm.

Plaintiff, Erika Sykes McKeen claims her cell phone suddenly refused to charge the morning of her meeting with Public Integrity unit on July 15, 2024, but then claims that after attempting to charge it frequently for ten (10) days, it suddenly did charge on July 25, 2024, and was charging until recently, when it is now refusing to charge again for unknown reason since November 1, 2024.

Plaintiff, Erika Sykes claims Public Integrity unit can likely sort this matter out.

### 12. "MAIL THEFT, Federal Bureau of Investigation"

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**.  Plaintiff, Erika Sykes McKeen requests the Court please also see **Exhibit A(22)** as she has included photographs of parties allegedly responsible for mail theft on the dates listed in **Exhibit A**.

13. **"THEFT, Federal Bureau of Investigation"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**.

Plaintiff, Erika Sykes McKeen claims that the car she rented from the Sixth Car rental location at the Phoenix International Airport on or about April 14, 2024, a black BMW possibly model 220i or something to that effect as she claims to

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 42

have photos on her phone from June 14, 2024, when she claims it was taken that weekend from the parking lot beside the Eldon Luxury Suites, 933 L Street NW, Washington, DC, 2000, at some time between June 14, 2024 and June 16, 2024.

Plaintiff, Erika Sykes McKeen claims she photographed her car on June 14, 2024 in that parking lot only because she was unable to get it out of her parking space she had pre-paid for due to all the vehicles with government license plates that had blocked it in. Plaintiff, Erika Sykes McKeen claims she did document this entire incident on her personal Facebook "Erika Sykes" attached to her former and original email erikasykes6@aol.com. Plaintiff, Erika Sykes McKeen claims the week after her rental vehicle went missing, while outside the Department of Justice, 950 Pennsylvania Ave NW, Washington, DC, 20530, she did meet a woman and a man who claimed to be from the Defendant, Federal Bureau of

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 43

43

Investigation building across the street while they waited for the bus they spoke to her about their drug testing of the employees of the FBI and warned her never to put her medication in her car, which she claims she never did but thought it strange that they would mention that out of the blue.  Plaintiff, Erika Sykes McKeen claims she never recovered this vehicle but alleges Defendant, Federal Bureau of Investigation possibly stole the vehicle as they did her Ford Focus on May 26, 2023, after announcing her plan to sue April Simmons, from a gas station in California as detailed in her pleading in **Exhibit A**, with photos as evidence of the actual car thief stealing her 2016 white Ford Focus in **Exhibit A(24)**.

Plaintiff, Erika Sykes McKeen claims on July 5, 2024 at 8:49pm while staying at the Hilton Garden Hotel at 815 14th Street NW, Washington, DC, 20005, possibly room 622, the day after she used a cab driver's cell phone to request

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 44

Public Integrity meet her at this hotel, she claims she was "shaken down" by five (5) individuals either pretending to be police or actual police at her hotel room door. Plaintiff, Erika Sykes McKeen claims an older Caucasian male she believes she had met previously plus three (3) young black males, one named "Officer Osarie/ Osorry" (sp?), and one black female named "Officer Savage" who pretended to be police officers did bang on her hotel room door demanding she check out of the hotel claiming that her credit card was not working and that she owed money. Plaintiff, Erika Sykes McKeen claims that she recorded video on her cell phone of this event because these five (5) individuals were lying to her because she claims at the time her credit card had been working and claims that she actually not only purchased her hotel stay for two (2) weeks online and pre-paid the full amount approximately ten (10) days prior to this date and had also pre-paid

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 45

her deposit at this hotel upon checking in. Plaintiff, Erika Sykes McKeen claims that these five (5) people were determined to have her leave this hotel room and refused to allow her to go to her bank the next day to check on her credit card as to why they made these claims or to get money out in cash to pay cash and they refused appropriate explanation as to how or why she owed them money they were claiming of $300. Plaintiff, Erika Sykes McKeen claims that only after she claimed she did not believe she had cash, did they say if she paid them $600, that she could stay in her hotel room and not have to leave immediately. Plaintiff, Erika Sykes McKeen claims she ended up going back into her hotel room privately and pulling out $600 only to have them claim she owed $15 more, which she claimed she found an additional $15 and gave that to them, only to be accused of "lying about not having any cash on her". Plaintiff, Erika Sykes McKeen claims

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 46

46

she has evidence on her video of this shake down by these five (5) individuals on July 5, 2024, at between 8:49pm-9pm and claims that four (4) of them were actually dressed as Washington, DC Police Department employees, whereas the remaining older Caucasian man was dressed in plain clothes. Plaintiff, Erika Sykes McKeen claims she was annoyed, alarmed and shocked by their behavior. Plaintiff, Erika Sykes McKeen alleges Defendant, Federal Bureau of Investigation knows about this little incident and potentially directly or indirectly responsible for this event.

**14.** **"TAMPERING WITH PHYSICAL EVIDENCE, Federal Bureau of Investigation"**

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 47

47

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**.

Plaintiff, Erika Sykes McKeen claims she had physical evidence in the form of bank documents, photos she had printed out as well as other physical evidence such as samples of Restylane Contour and Xyosted that she claims were dropped off at her medical clinic and claims these items stolen with her rental car in June 2024, sometime between June 14, 2024 and June 16, 2024 from the parking lot beside the Eldon Luxury Suites, 933 L Street NW, Washington, DC, 20001.

Plaintiff, Erika Sykes McKeen claims she arrived at the Zena Hotel, 1155 14th Street NW, Washington, DC, 20005, at approximately 6:00am on May 9, 2024, when she alleges as the likely time and location her pleadings were stolen

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 48

that she left Federal Court with on April 26, 2024. Plaintiff, Erika Sykes McKeen claims she was helped by two (2) men who brought all her stuff into the lobby of that hotel and only cameras in that hotel lobby can confirm how pleadings disappeared.

15. **"RECKLESS ENDANGERMENT, Federal Bureau of Investigation"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**. Plaintiff, Erika Sykes McKeen respectfully requests the Court allow her to make the following change to the original Civil Complaint with the addition of new information she has learned since she has been in Washington, DC. Plaintiff, Erika Sykes McKeen claims that when she was staying at the Washington Plaza Hotel at 10 Thomas Circle NW,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 49

Washington, DC, 20005, in June 2024, a female hotel staff member suggested the Defendant, Federal Bureau of Investigation had actually involved some members of the military in stopping Plaintiff, Erika Sykes McKeen from meeting with the Public Integrity office while in Washington, DC, but Plaintiff, Erika Sykes McKeen believed at the time that this sounded like drama and an extreme waste of money and resources and believes this not to be possible.

Given this information, Plaintiff, Erika Sykes McKeen would like to inform the Court that multiple people since filing her Civil Litigation in April 26, 2024, have told her that James Dean Pingitore, a man who drove into her parked vehicle in the Walmart parking lot in Anthem, AZ, on July 3, 2023, one business day before she filed **case no. CV2023-052566**, on July 5, 2023, in Superior Court of Arizona in Maricopa County against Defendants, April Simmons (former member

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 50

50

of the FBI), Mary "Laura" Sykes, David Weinstock, Justin Ross, Elizabeth Hausman, and the State of Arizona Naturopathic Physicians Medical Board, was actually former military. Plaintiff, Erika Sykes McKeen respectfully requests the Court to verify this statement of fact as she could not possibly imagine why any member of the military would want to harm her or her child. Plaintiff, Erika Sykes McKeen claims as events are detailed in **case no. CV2023-052566**, and **case no. CV24-00961-PHX-JJT**, that this man almost killed her daughter, A.M. and this incident could certainly be classified as reckless endangerment as there was a real risk of bodily harm to her and especially to her daughter, A.M. Please see **Exhibit A(27)**.

Plaintiff, Erika Sykes McKeen furthermore would like to add that on or about May 30, 2024, she did learn that one of the members involved in her car

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 51

crash on March 4, 2024, in Phoenix, AZ, on the I-17 going South at approximately 4:00pm when the police did not want to make a police report for the three (3) cars involved in this near fatal crash where her rental car was totaled between two (2) other vehicles was an employee of the Defendant, Federal Bureau of Investigation named Norman Allen Hamrick, DOB: 6/10/1962, 3432 W Calavar Rd., Phoenix, AZ, 85053, Arizona license plate #: ADORHIM as seen in photos and police report number:I24013506 at 16:06pm on March 4, 2024, by officer R. Hedlund (badge 10755), that Plaintiff, Erika Sykes McKeen claims she insisted on in **Exhibit A(29)**. Plaintiff, Erika Sykes McKeen claims the other party in this car crash was Francisco Guadalupe Paredes, DOB: 01/07/1981, Arizona license plate #TRA 7MF. Plaintiff, Erika Sykes McKeen claims she does recall meeting Norman Allen Hamrick when she lived at 34,000 N 27th Drive, Apartment #3110, Phoenix,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 52

AZ, 85085, sometime in or around 2018 or 2019, and in the apartment directly below hers and claims at the time that he did tell her that his name was "Allen Antie" and complained to her about her daughter, A.M. jumping on the bed in her room which he claimed caused noise in his apartment below.

Plaintiff, Erika Sykes McKeen claims at Zena hotel, 1155 14th Street NW, Washington, DC, 20005, on or about July 19, 2024 and July 20, 2024, she came down with symptoms of vomiting, diarrhea, urinary frequency and extreme dizziness. Plaintiff, Erika Sykes McKeen claims she almost lost complete consciousness several times including but not limited to one episode in the lobby on that Saturday morning when she took a taxi cab to the bank and back. Plaintiff, Erika Sykes McKeen claims she attributed these symptoms to the flu, but claims a Zena hotel staff member named "Ezekio" told her she should go to the hospital in

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 53

which she responded "that sounds like drama as I've never gone to the hospital for the flu and I usually just sleep through the flu like everyone else does", and claims he sounded like he was in a panic to get her to go to the hospital. Plaintiff, Erika Sykes McKeen claims that another staff member told her she may be having a diabetic crisis and should definitely go to the hospital, which she claimed sounded dramatic and not consistent with her symptoms. Plaintiff, Erika Sykes McKeen claims that the man who picked her up in the taxi cab to take her to the bank on that Saturday morning said she likely needed a corticosteroid injection (possibly attempting to suggest she was having an adrenal crisis), and Plaintiff, Erika Sykes McKeen started wondering who all these people are and why that suddenly everyone is playing doctor. Plaintiff, Erika Sykes McKeen claims she stayed in her hotel room and attempted to sleep but claims for some mysterious reason every

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 54

time that she started losing consciousness, she would be awoken by loud slamming of doors sound coming from the hallway. Plaintiff, Erika Sykes McKeen claims that she did attempt to ignore the loud slamming of doors noises and sleep but claims that doors sounded like they were continuing to slam and only stopped when she stood or sat up or was lying in bed with her eyes open for some strange unknown reason. Plaintiff, Erika Sykes McKeen claims the last person to make comments to her about her appearance or health did tell her outside the hotel when she went to pick up food that she had been drugged with a blood pressure lowering medication. Plaintiff, Erika Sykes McKeen claims this did sound like drama but just in case it was not, she claimed she checked out of this hotel on Tuesday, July 23, 2024, approximately 8:00am and did take the room service food she had eaten part of from her fridge with her in a sealed container and claimed when she left the

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 55

55

hotel with this bag that everyone at the hotel appeared to be freaking out with worry and paranoia as they all demanded to know where she was going despite her not talking to anyone about what she had been told.  Plaintiff, Erika Sykes McKeen claims that there was a cab driver that did not want to take her anywhere and another one that was scared to take her to the Department of Justice, and then she claimed when she finally arrived at the Department of Justice, she was met with a great deal of fear from the two (2) male guards there while they refused to allow her in and refused to contact the Public Integrity Section for her to alert them of this incident.  Plaintiff, Erika Sykes McKeen claims that this is when she went to the Canadian Embassy.

16. **"HARASSMENT, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer"**

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 56

56

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**. Plaintiff, Erika Sykes McKeen claims that in this Civil Complaint attached in **Exhibit A**, she named every employee of Defendant, Federal Bureau of Investigation who had harassed her either at her medical clinic while she was working or out in public, from Jason Larson / Larsen who was formerly working at the Phoenix office on Deer Valley to April Simmons whom she successfully sued personally in case no. **CV2023-052566** in Superior Court of Arizona in Maricopa County filed on July 5, 2023.

Plaintiff, Erika Sykes McKeen claims to have video taken on her cell phone on July 5, 2024 at 8:49pm of what she considers a "shake down" by one (1) older plain clothed Caucasian male and three (3) young black men and one young black

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 57

woman dressed as Washington, DC Police Department employees who harassed her at her hotel room door at Hilton Garden, 815 14th Street NW, Washington, DC, 20005, while threatening to kick her out immediately unless she paid them $615. Plaintiff, Erika Sykes McKeen claims she felt annoyed, alarmed and shocked by their behavior and certainly considered this an incident of Harassment and possibly would consider this theft as claimed above while providing greater detail about this incident. Plaintiff, Erika Sykes McKeen alleges Defendant, Federal Bureau of Investigation knows about this little event if not responsible for this episode of indirect harassment and possibly attempt to obstruct justice.

Plaintiff, Erika Sykes McKeen claims she has experienced road rage while in Washington, DC on only a couple occasions and claims that by government vehicles, allegedly Defendant, Federal Bureau of Investigation and claims that one

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 58

of those dates for example was on May 24, 2024, after checking out of the Zena Hotel, 1155 14th Street NW, Washington, DC, 20005, and claims that this occurred around noon and for unknown reason but claims it was simply annoying.

Plaintiff, Erika Sykes McKeen alleges Defendant, Federal Bureau of Investigation may be responsible for multiple prank calls she received from "Mr. Cooper" mortgage title company as well as her credit card company, Capital One in May 2024 and June 2024.

**17. "DEFAMATION, Federal Bureau of Investigation, Mary "Laura" Sykes, Michael Sykes, Alan Konyer"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A.**

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 59

Plaintiff, Erika Sykes McKeen claims on or about July 14, 2024, she was informed the Defendant, Federal Bureau of Investigation has attempted to label her as a "Canadian who is afraid of the government" and she claims this to be false.

Plaintiff, Erika Sykes McKeen claims on multiple dates during the month of October 2024, at the Adams Place Homeless Shelter, 2210-B Adams Place NE, Washington, DC, 2018, she claims another resident of the shelter named "Concheeta" informed her that her estranged family wanted her falsely diagnosed as "delusional" and locked up to stop her from testifying against them, and she has no clue how "Concheeta" could have possibly been contacted by Defendants, Mary "Laura" Sykes, Michael Sykes or Alan Konyer, but claims "Concheeta" mentioned some mental health organization called "American Volunteer…….." (cannot recall

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 60

exact name), but claims this caused unnecessary drama in October 2024 only that seems to have resolved since November 1, 2024 for again unknown reason.

Plaintiff, Erika Sykes McKeen claims to have multiple text messages from members of Defendant, Federal Bureau of Investigation as some examples she claims she included in **Exhibit A**, which she filed in Federal Court on April 26, 2024, in **case no. CV24-00961-PHX-JJT**, from Lauri Scott as just one example, and in **case no. CV2023-052566** from April Simmons as just another example.

18. **"TORT – IIED, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court review the Civil Complaint she filed in Federal Court on April 26, 2024, **case no. CV24-00961-PHX-JJT** she attached as **Exhibit A**.

Plaintiff, Erika Sykes McKeen claims that Defendants, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer and Federal Bureau of Investigation knew that their actions and misconduct in all of the above claims would intentionally cause emotional distress to Plaintiff, Erika Sykes McKeen and that they acted intentionally. Defendants, Federal Bureau of Investigatin, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes and Alan Konyer's behavior was extreme and outrageous and beyond the bounds of all decency so that any normal member of society would agree their behavior was atrocious. Plaintiff, Erika Sykes McKeen claims that the behavior of all six (6) Defendants listed above, whom as she claimed above that they all acted together was and claims to intentionally inflict emotional distress, and that their actions did indeed cause severe emotional distress to Plaintiff, Erika Sykes McKeen.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 62

**19. "OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer"**

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review the Civil Complaint **case no. CV24-00961-PHX-JJT** that she filed in Federal Court on April 26, 2024, which she has attached as 405 pages, including 179 pages of text and 226 pages of photo exhibits as evidence seen as attached in **Exhibit A (containing exhibits 1-41)** explaining the statement of facts to support her Complaints 1-18.

Plaintiff, Erika Sykes McKeen claims that all six (6) Defendants, Mary "Laura" Sykes, Michael Sykes, Alan Konyer, Bryan Koestner, Tina Koestner, and the Federal Bureau of Investigation have conspired to attempt to stop her by

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 63

attempting to have Plaintiff, Erika Sykes McKeen arrested and then committed

multiple times in Maricopa County as well as allegedly in Washington, DC.

Plaintiff, Erika Sykes McKeen claims all the Defendants conspired to stop

her from litigating once they knew she was getting Judgements in **case no.**

**CV2023-052566**, and then attempted to stop her from suing all of them upon her

first learning Defendant, FBI involvement in September 2023, and then attempting

currently since January 2024, to stop her from testifying against them all and

providing evidence to Public Integrity, as well as she alleges attempting since

September 2023 to stop her from filing the attached litigation, **case no. CV24-**

**00961-PHX-JJT** in Federal Court which she claimed to have filed on April 26,

2024, against Defendants, Federal Bureau of Investigation, Alan Konyer, Michael

Sykes, and Mary "Laura" Sykes (**Exhibit A**).

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 64

Plaintiff, Erika Sykes McKeen claims all six (6) Defendants named above including Michael Sykes, Mary "Laura" Sykes, Alan Konyer, Bryan Koestner, Tina Koestner, and Federal Bureau of Investigation have attempted to stop her from meeting with the Public Integrity Section/ Unit of the Department of Justice either directly or indirectly on multiple occasions and she claims have therefore prevented her providing additional evidence to them.

Plaintiff, Erika Sykes McKeen claims she filed a civil litigation in Maricopa County in the Superior Court of Arizona, **case no. CV2023-052566** on July 5, 2023, against Defendant, Mary "Laura" Sykes, and her friends, Defendants, April Simmons (resides in Phoenix, AZ, DOB: 4/9/1972, a former employee of the Federal Bureau of Investigation), David Weinstock, Justin Ross, Elizabeth Hausman, and the State of Arizona Naturopathic Physicians Medical Board

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 65

(SOANPMB) for Common Law Fraud, Harassment, Workplace Harassment, Defamation, Tort-IIED. Plaintiff, Erika Sykes McKeen claims she was awarded five (5) Judgements against these six (6) Defendants in this case and that the State of Arizona Naturopathic Physicians Medical Board she appropriately did not get Judgement on because of a mistaken identity caused by fraudulent conveyance on the part of a few members of the FBI pretending to be doctors from her medical board "investigating" her at her medical clinic.

Plaintiff, Erika Sykes McKeen claims she contacted her uncle Stuart Konyer, a Provincial Court Judge working in Ontario, Canada, and his wife Julia Konyer, after Plaintiff, Erika Sykes McKeen claims she was unable to obtain legal counsel to seek his advice on or about July 2023 by phone and email. Plaintiff, Erika Sykes McKeen claims her uncle Stuart Konyer then asked his friend,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 66

66

Michael Gordon, a Judge in the Superior Court of Arizona in Maricopa County to replace the Judge assigned to her **case no. CV2023-052566** on or about August 9, 2023.

Plaintiff, Erika Sykes McKeen claims she attempted to learn the Rules that Michael Gordon recommended to be able to attempt to file litigation *Pro per,* while her uncle Stuart Konyer emailed all her pleadings from his skonyer@yahoo.ca account to his friend Michael Gordon before she filed them at the Northeast Courthouse so that he could determine whether the pleading should be filed or not and what Exbibits should not be included, etc. Plaintiff, Erika Sykes McKeen claims this to be part of the criminal investigation that Public Integrity office has already been notified of and is investigating as well so shall leave out the details but simply claimed this entire situation ended in her receiving

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 67

67

five (5) Judgements but not being allowed to collect on any due to her discovery of

Stuart Konyer's brother, Defendant, Alan Konyer in a situation with Plaintiff,

Erika Sykes McKeen's underage daughter, A.M. (DOB: 2008), where she claims

he did conspire with Defendants, Bryan Koestner, Mary "Laura" Sykes, Michael

Sykes and Alan Konyer to lure her daughter into allowing them to see her naked

and film her naked via a hidden camera above her bed in her bedroom and

allegedly shared the images electronically.

Plaintiff, Erika Sykes McKeen claims her uncle Stuart Konyer also

contacted the Judge Vanessa Smith, who resides over Probate Court **case no.**

**PB2015-050985**, in Maricopa County and to allegedly stop Defendant, Mary

"Laura" Sykes' husband, Defendant, Michael Sykes from attempting to have her

committed to stop her from litigating against his wife and her friends in **case no.**

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 68

**CV2023-052566**. Plaintiff, Erika Sykes McKeen alleges Stuart Konyer also contacted her to ensure that she would not allow the appropriate final accounting that Plaintiff, Erika Sykes McKeen requested in November 2023 due to her discovery of the Extrinsic Fraud in 2015-2016, because god forbid her own bank accounts be ordered by the Court so she could see all the money laundering.

Plaintiff, Erika Sykes McKeen claims she did attempt to learn a little Probate Law as well from *Arizona Estate Planning and Probate Law Handbook* in order to file her Objection to Probate on November 13, 2023, which she learned was stolen from the drop mailbox on that date at the Northeast Courthouse as the reason why her uncle Judge Stuart Konyer had to himself ensure Judge Vanessa Smith did receive that pleading on November 20, 2023, in **case no. PB2015-050985**.

Plaintiff, Erika Sykes McKeen claims in January 2024, she contacted the Public Integrity office and was completely honest with them regarding everything that has happened to her and her daughter, A.M. and she claims that her concern for A.M. mental health was more important than the Judgement money that Stuart Konyer's mother, Verna Curtin Konyer suggested in her letters she wrote to Plaintiff, Erika Sykes McKeen's clinic office in December 2023, that she would not receive. Plaintiff, Erika Sykes McKeen claims she was upset to learn that her uncle Stuart Konyer only helped her by asking Michael Gordon to take the case so that he could control the situation at that time and ensure that she did NOT be able to have the Court order her bank records allegedly fearing Plaintiff, Erika Sykes McKeen would find out about the money laundering and possibly all the other crime that his brother, Defendant, Alan Konyer was involved with his friends,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 70

Defendant, Bryan Koestner, Mary "Laura" Sykes, Michael Sykes, Tina Koestner

and their friends at the Federal Bureau of Investigation.

Plaintiff, Erika Sykes McKeen claims on April 26, 2024, she filed Civil

Litigation in Federal Court, **case no. CV24-00961-PHX-JJT** against Defendants,

Federal Bureau of Investigation, Alan Konyer, Michael Sykes, Mary "Laura"

Sykes for money laundering, identity theft, signature forgery, immigration fraud,

fraudulent inducement, voyeurism, video voyeurism, interception electronic

communications, computer fraud, mail theft, theft, tampering with physical

evidence, reckless endangerment, harassment, defamation, tort-IIED.  Plaintiff,

Erika Sykes McKeen claims due to the dishonest behavior of Defendant, Bryan

Koestner and his wife Defendant, Tina Koestner, she was not fully sure at the time

she filed her April 26, 2024 Civil Litigation that they were anything more than

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 71

landlords as they claimed not to be involved in any privacy violation. Plaintiff, Erika Sykes McKeen claims after she traveled to Washington, DC, and was fairly certain that she had enough evidence in text messages from them, she cut off all contact with them both in June 2024, warning them never to contact her ever again directly or indirectly.

Plaintiff, Erika Sykes McKeen claims she left Phoenix, AZ to travel by car to Washington, DC on the evening of April 30, 2024 after recording a 10:01 minute video of "Bev" from the Sandra Day O'Connor Federal Court at 401 W. Washington St., Phoenix, AZ, 85003, where she claims "Bev" admitted giving Plaintiff, Erika Sykes McKeen erroneous advice on April 26, 2024, and April 29, 2024, while refusing to sign her Summons for the proper entity to be served for the Defendant, Federal Bureau of Investigation in **case no. CV24-00961-PHX-JJT**.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 72

Plaintiff, Erika Sykes McKeen claims on Friday, April 26, 2024, cameras inside the Sandra Day O'Connor Federal Courthouse will show that between approximately 3:30pm and 4:30pm, "Bev", a Deputy Clerk employee, refused to sign any Summons when Plaintiff, Erika Sykes McKeen filed her Civil Complaint, **case no. CV24-00961-PHX-JJT**.

Plaintiff, Erika Sykes McKeen claims on Monday, April 29, 2024, she returned to the Sandra Day O'Connor Federal Courthouse and claims Court cameras in the filing office will show that "Bev" refused to sign her Summons for the US Secretary of State, which she claims is the proper entity to be served for the Defendant, FBI, and instead attempted to give erroneous advice to Plaintiff, Erika Sykes McKeen while making her fill out three (3) Summons' for that same party including the following inappropriate entities: Attorney General for Phoenix, AZ,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 73

Attorney General for Washington, DC, and District Attorney for Phoenix, AZ.

Plaintiff, Erika Sykes McKeen claims when she protested, "Bev" continued to refuse to sign her Summons for the proper entity which she claims to be the US Secretary of State.

Plaintiff, Erika Sykes McKeen claims that on April 30, 2024, she returned to Sandra Day O'Connor Federal Courthouse and claims she recorded a 10:01 minute video on her phone of the conversation between her and "Bev" in which she claims "Bev" is claiming "I will not sign Summons for US Secretary of State as it is not the proper entity.  You have to read rules four (4) and five (5)....."

Plaintiff, Erika Sykes McKeen claims she has read the appropriate Rules in both the *Arizona Rules of Civil Procedure Handbook* and the *Federal Rules of Civil Procedure Handbook* as well as sections of *Arizona Revised Statutes*

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 74

pertaining to the proper service of public entities after the sixty (60) day Notice of

Claim (NOC) has ended and claims that for the Federal Bureau of Investigation,

the proper entity to be served is the US Secretary of State, otherwise currently

Antony Blinken, whom Plaintiff, Erika Sykes McKeen claims to have filed her

sixty (60) day NOC with by email on November 1, 2023.

Plaintiff, Erika Sykes McKeen claims she arrived in Washington, DC on or

about May 9, 2024, and emailed Public Integrity office again at email:

criminal.division@usdoj.gov regarding this issue on May 13, 2024, and claims on

May 14, 2024, they did schedule to meet with her on May 30, 2024 at their office

at 950 Pennsylvania Ave NW, Washington, DC, 20530.

Plaintiff, Erika Sykes McKeen claims when she arrived on May 30, 2024, an

older male Caucasian guard approached her outside by asking who she was there to

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 75

see and then claimed she did not have an appointment because the public integrity office was no longer at that location and had "moved to one of the white house buildings". Plaintiff, Erika Sykes McKeen claims she did leave after taking a photo of this man on her phone.

Plaintiff, Erika Sykes McKeen claims to have only discovered before her rental car was stolen on or about June 15, 2024 weekend that her credit card was not billed for this rented 2024 black BMW. Plaintiff, Erika Sykes McKeen claims on or about the afternoon of Sunday, April 14, 2024, she did go to the Phoenix International Airport in order to rent another vehicle from Sixth car rental only after her other rental from Thrifty went missing or was stolen on April 6, 2024, in the afternoon from the Kinko's / McDonald's mini mall parking lot, possible address 9301 E Shea Blvd, Scottsdale, AZ, 85260. Plaintiff, Erika Sykes McKeen

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 76

claims the employee at Sixth car rental informed her that he only had one car available for her to rent and that it was a black BMW.  Plaintiff, Erika Sykes McKeen claims she agreed to rent this vehicle and paid for full insurance on it only to discover later that her credit card was never billed for it and upon being stopped in almost every state by police on her way to Washington, DC, but not ticketed, she asked a police officer if this car had been reported stolen as she discovered her credit card had never to this date been yet billed for her renting the vehicle that she claims to have photo evidence of the letters PERM on this car's license plate where the yearly renewal sticker should have been but was NOT.   Plaintiff, Erika Sykes McKeen claims she additionally took video evidence of the trunk missing the spare tire which she claimed she thought was bazaar for a new 2024 BMW to be missing such an important feature.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 77

77

Plaintiff, Erika Sykes McKeen claims she did not find out that Defendant, Mary "Laura" Sykes used her friends at the Defendant, Federal Bureau of Investigation to pretend that Plaintiff, Erika Sykes McKeen purchased the car she claims she rented from the Phoenix International Airport until approximately June 2024, before she claims this rental vehicle was actually stolen or went missing from the parking lot of the Eldon Luxury Suites, 933 L Street NW, Washington, DC, 20001, during the June 15, 2024 weekend between Friday to Sunday.

Plaintiff, Erika Sykes McKeen claims on June 19, 2024, a female guard at the DOJ wrongly informed her that "all the government buildings are closed today due to the new Federal holiday called 'Juneteenth', and to leave" and so she claimed she finally obliged.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 78

Plaintiff, Erika Sykes McKeen claims she decided instead to request Public Integrity come to meet her at her hotel and emailed them as mentioned above from a cab driver's cell phone and claims they scheduled to meet with her at the Hilton Garden Hotel on July 15, 2024, until she had to move to the Zena Hotel after she was harassed by five (5) people of which four (4) were dressed as police officers attempting to evict her on July 5, 2024 as documented in detail above.

Plaintiff, Erika Sykes McKeen claims her cell phone access, (480) 322-8633 was mysteriously cut off the morning of her scheduled meeting at the Zena hotel on July 15, 2024. She claims her cell phone refused to charge for ten (10) days despite leaving it on her cell phone charger for hours and then claims it suddenly mysteriously did fully charge on July 25, 2024, but she claims the service was then cut off for unknown reason.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 79

Plaintiff, Erika Sykes McKeen claims her email access to the only email she has used for many years, azmedical85085@aol.com was cut off on July 15, 2024, and claims denied ability on computers she used since to open a new account.

Plaintiff, Erika Sykes McKeen claims her access to all of her online banking has been cut off as of July 15, 2024, including the only four (4) accounts she has used or had access to or opened at all in the past eight (8) years since she had to move all four (4) of them from Bank of America due to the Common Law Fraud and Extrinsic Fraud committed just prior to this time from none other than Defendant, Mary "Laura" Sykes, whom she did successfully sue for Common Law Fraud on July 5, 2023, in **case no. CV2023-052566** in the Superior Court of Arizona in Maricopa County.  Plaintiff, Erika Sykes McKeen respectfully requests the Court review this case also with the knowledge that Plaintiff, Erika Sykes

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 80

McKeen is not an attorney but did receive quite a bit of help from her uncle Stuart Konyer, a Judge in Ontario, Canada and his friend, the Honorable Judge Michael Gordon who he asked to take over her Civil **case no. CV2023-052566**, from Honorable Judge Melissa Julian.

Plaintiff, Erika Sykes McKeen claims to have rescheduled a meeting with Public Integrity office at her hotel room 124 at the Gateway Hotel, 2700 New York Ave NE, Washington, DC, 20002, and claims it was scheduled for August 2, 2024.

Plaintiff, Erika Sykes McKeen claims she traveled to the Chase bank, 1555 Maryland Ave NE, Washington, DC, 20002, wanting to take out enough cash on July 30, 2024, in the afternoon so that she could continue to pay $120 per night for this hotel room until after her meeting three (3) days later.  Plaintiff, Erika Sykes McKeen claims that a short man with a thin to medium build, possibly of middle

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 81

Eastern or Italian descent with short black hair and a nametag that said "Kevin"

insisted on serving her. Plaintiff, Erika Sykes McKeen claims this bank was empty

and all the other employees avoided her. Plaintiff, Erika Sykes McKeen claims

this man refused to allow her to take money out of her account by falsely claiming

his computer did not work, falsely claiming that her driver's license did not work,

then claiming his computer did work but she needed a working cell phone to

receive a code (which she claims is unusual). Plaintiff, Erika Sykes McKeen

claims she started videotaping this incident when she realized this man was not

likely to let her remove her money from her bank account, and claims she told him

she wanted to close her account and take her money elsewhere. Plaintiff, Erika

Sykes McKeen claims that at this time, he started freaking out and accusing her of

recording him and claiming she was not allowed to which she responded by asking

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 82

why he thinks she is recording him and pretending to express concern over his possibly paranoia. Plaintiff, Erika Sykes McKeen claims she was told to leave the bank at this time and to return the next business day with the promise that she could get her money out at that time. Plaintiff, Erika Sykes McKeen claims she obliged and took another taxi cab back to this same Chase bank at 1555 Maryland Ave NE, Washington, DC, 20002 on the morning of July 31, 2024, again in attempts to remove enough money from her bank to pay for her hotel room for the next three (3) days and claims that this time she did not record the incident because she did not want to get evicted without her money, but claims she should have done so because she claims that there was a very upset and scared Chase bank employee, female, Caucasian with long brown hair, overweight who was just standing and watching and refusing to serve her as "Kevin" again refused to let

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 83

83

Plaintiff, Erika Sykes McKeen take her money out of her account and refused to allow her to close her account also. Plaintiff, Erika Sykes McKeen claims that the same man was serving her from the day before and "Kevin" was not going to allow her to take her money out of her account and furthermore, wanted to evict her again for recording him even though she was not doing so on this day. Plaintiff, Erika Sykes McKeen claims at this time she decided to phone the police as this was just too much drama. Plaintiff, Erika Sykes McKeen claims when police arrived, they went into a back room to speak to "Kevin" privately and came out telling Plaintiff, Erika Sykes McKeen that since this was a Civil matter, they could not do anything and were suggesting she sue the bank to get her money out.

Plaintiff, Erika Sykes McKeen claims that "Kevin" refused to allow her to remove any of her money but did lie to her by promising there was a branch manager at

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 84

501 H Street NE, Washington, DC, 20002, that would allow her to take her money out if she traveled to that branch instead. Plaintiff, Erika Sykes McKeen claims she then took another taxi cab to that Chase bank only to have to wait over one (1) hour for a short overweight black woman to arrive and claim she would not allow her to remove her money also after a great deal of drama by pretending she would allow Plaintiff, Erika Sykes McKeen to take out $100 only, but then refusing to do so when she saw Plaintiff, Erika Sykes McKeen was agreeable to receiving $100 only. Plaintiff, Erika Sykes McKeen claims she had enough money to pay for one additional night $120; however, she claims she had to eventually phone her friend, Greg Jones and eventually ask him to book three (3) additional nights at this hotel. Plaintiff, Erika Sykes McKeen claims that Greg Jones agreed to this. Plaintiff, Erika Sykes McKeen then claims that the hotel manager of the Gateway hotel, an

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 85

85

older, balding, short, overweight, East Indian man with an East Indian accent ended up evicting her from her room at 11:00am on August 2, 2024, and was in a panic about her meeting with the Public Integrity office and only allowed her to return to her room after she had missed the Public Integrity meeting that day.

Plaintiff, Erika Sykes McKeen claims she was very aware that all of the Defendants including Defendant, Federal Bureau of Investigation did know that she was staying at the Gateway hotel; however, she claims that the matter into this situation at both these Chase banks on July 30, 2024, and July 31, 2024, would have to be further investigated as to why she was unable to remove her money from these banks on these days but then allowed to easily remove $1339 without difficulty on October 2, 2024, from the Chase bank at 1401 New York Ave NW, Washington, DC, 20005.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 86

Plaintiff, Erika Sykes McKeen claims her hunch is to ensure she did miss her meeting again with the Public Integrity office that everyone at the hotel for unknown reason seemed to know she had rescheduled for August 2, 2024.

Plaintiff, Erika Sykes McKeen claims she found out from the staff at the Gateway hotel on or about August 14, 2024, that Public Integrity office had also attempted to meet with her on that day and that staff were directed to lie to the Public Integrity office by pretending she was not still there in room 124.

Plaintiff, Erika Sykes McKeen claims she finally checked out of the Gateway hotel on October 1, 2024, and went to stay every night since then at the Adams Place Homeless Shelter and Day Center after finding out from hotel staff that not only were they aware that the person she had trusted to help her financially by paying for her hotel room as well as food delivery from "Pizza Boli's", who

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 87

was David Brown Sr. from Phoenix, AZ (DOB: 7/1/1943), a family friend, was doing so with a visa credit card that he obtained from Defendant, Mary "Laura" Sykes ending in 3770. Plaintiff, Erika Sykes McKeen claims she also learned that someone from the Public Integrity office had actually come to the Gateway hotel in person to meet her and that the hotel staff changed the numbers on the doors, so Plaintiff, Erika Sykes McKeen claims she did at this time photograph her room and door number to show she was still in the corner room 124.

Plaintiff, Erika Sykes McKeen claims she has been residing at Adams Place Homeless Shelter and Day Center at 2210-B Adams Place NE, Washington, DC, 20018, since October 1, 2024 every night and claims she is now coming to the Woodbridge Library (a DC Library) at 1801 Hamlin Street NE, Washington, DC, 20018, during the day from 12pm-3pm.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 88

Plaintiff, Erika Sykes McKeen claims that the computers at both locations show the Civil Court Judge presiding over **case no. CV2023-052566**, in Maricopa County in Superior Court of Arizona on the Court Docket as Frank Moskowitz for unknown reason. Plaintiff, Erika Sykes McKeen claims the DHS staff at Adams Place Shelter and Day Center have told her that they will not admit to the Public Integrity office that she is there, which she has found a little concerning; however, claims she is happy to be able to have a dry, warm place to sleep and be provided free food and use of their phone to contact her daughter, A.M. daily to leave her a message at (602) 620-9312 that she is fine and has decided not to leave Adams Place for any other shelter or to leave Washington, DC or the Woodbridge Library until the Public Integrity office is able to finally find her to collect the remainder of the evidence and finalize their criminal investigation.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 89

Plaintiff, Erika Sykes McKeen claims that for the most part that the only other location she can be found when not at the Woodbridge Library (12-3pm) or Adams Place Homeless Shelter (7pm-5am) is outside the church at 1313 New York Ave NW, Washington, DC with the other residents from the shelter.

Plaintiff, Erika Sykes McKeen claims all six (6) Defendants named above including Alan Konyer, Michael Sykes, Mary "Laura" Sykes, Bryan Koestner, Tina Koestner, and Federal Bureau of Investigation have attempted to stop her from testifying against them.

Plaintiff, Erika Sykes McKeen alleges all six (6) Defendants named above including Bryan Koestner, Tina Koestner, Alan Konyer, Michael Sykes, Mary "Laura" Sykes and Federal Bureau of Investigation have actually attempted now to stop her from contacting the Public Integrity office and she alleges that is because

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 90

90

they allegedly do not want Public Integrity office at criminal.division@usdoj.gov

to know where she is currently as she has not left Washington, DC since May

2024, or that she has been residing at a Homeless Shelter, 2210-B Adams Place

NE, Washington, DC, 20018, due to the fact that she has had all her bank cards cut

off as well as her cell phone access, access to her email account, access to her

online banking, and all of her online accounts including but not limited to all of her

social media accounts.

## IV.    INJURIES AND DAMAGES

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review the

injuries and damages she has claimed in her litigation she filed in Federal Court on

April 26, 2024, in **case no. CV24-00961-PHX-JJT** since she is requesting to refile

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 91

this civil litigation due to the Defendant, Federal Bureau of Investigation allegedly interfering with her ability to serve them the litigation and she alleges by having "Bev" from Sandra Day O'Connor Courthouse refuse to sign the Summons.

Plaintiff, Erika Sykes McKeen claims to have suffered hardship due to great financial loss of unknown amount over the past six (6) months while in Washington, DC; however, she estimates that this loss has been over $40,000 that she has had to spend in hotel fees, taxi cab or Lyft rides, and various other living expenses due to the Defendants, Federal Bureau of Investigation, Bryan Koestner, his wife Tina Koestner interfering with her ability to meet with Public Integrity.

Plaintiff, Erika Sykes McKeen allegedly could have stayed in Phoenix, AZ, where she could have litigated the Federal civil **case no. CV24-00961-PHX-JJT** she filed on April 26, 2024, if there was no interference in her ability to serve the

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 92

92

proper entity and believes that the case could have been settled or partially resolved by this time.

Plaintiff, Erika Sykes McKeen alleges that arrests could have been made already and Defendants, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, and Alan Konyer could have already been in custody if her contact and ability to provide the remainder of evidence the Public Integrity office needed to finalize their criminal investigation was not interfered with by the above parties and their friends at the Defendant, Federal Bureau of Investigation.

Plaintiff, Erika Sykes McKeen claims Defendant, Federal Bureau of Investigation as the responsible party for her not being able to view on any of her device the correct Civil Court docket information for the Civil **case no. CV2023-052566** filed in the Superior Court of Arizona in Maricopa County on July 5, 2023

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 93

in Maricopa County which she claims she did get five (5) Judgements on but was unable to collect due to the incorrect information on the Court docket and that she was being served by mail incorrect documents. Plaintiff, Erika Sykes McKeen also alleges that due to Alan Konyer's brother, her uncle Stuart Konyer's interference with the case by not allowing his friend and Judge Michael Gordon to serve her the Notice of Judgement by process service as requested after she discovered the hidden camera in her daughter, A.M.'s bedroom above her bed.

Plaintiff, Erika Sykes McKeen claims her daughter, A.M. has been suffering from not only social anxiety, depression, suicidal ideation, anorexia and other body image problems since on or about 2021, but has also been bullied at two (2) different schools and Plaintiff, Erika Sykes McKeen claims she did not at the time know why her daughter was suffering from mental illnesses but claims this to have

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 94

94

been emotionally stressful. Plaintiff, Erika Sykes McKeen claims that due to not knowing there was a camera in her daughter, A.M.'s bedroom above her bed or that her daughter, A.M. had been lured into this horrible situation she claims by Defendants, Mary "Laura" Sykes, Michael Sykes, Alan Konyer and allegedly by the involvement of their friends Defendants, Bryan Koestner and his wife Tina Koestner, she claims she spent thousands of dollars to the exact amount unknown, in medical bills taking her daughter, A.M. to child psychologists in attempt to help her daughter, A.M. discover what the real root of the underlying cause of her distress could possibly be. Plaintiff, Erika Sykes McKeen claims that all this stress has put a strain on her relationship with her daughter, A.M. Furthermore, Plaintiff, Erika Sykes McKeen claims that all of the above Defendants have harassed her daughter either directly in public or over the phone or indirectly through her father,

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 95

95

Wayne McKeen while attempting to stop Plaintiff, Erika Sykes McKeen from testifying against them. Plaintiff, Erika Sykes McKeen claims all of the above Defendants have terrorized her daughter, A.M. by first of all attempting to stop Plaintiff, Erika Sykes McKeen from litigating in **case no. CV2023-052566**, filed in Superior Court of Arizona in Maricopa County on July 5, 2023 to the point as she detailed in this litigation that her daughter, A.M. would sometimes out of desperation completely lose control and just start screaming for Plaintiff, Erika Sykes McKeen to drop that litigation and change her name and move far away. Plaintiff, Erika Sykes McKeen claims that since January 2024, and with the fear of the Public Integrity investigation that all of the Defendants collectively have put extreme pressure on her daughter, A.M. and her father, Wayne McKeen to help

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 96

them have Plaintiff, Erika Sykes McKeen arrested or committed to stop her from testifying against them.

Plaintiff, Erika Sykes McKeen respectfully requests the Court to review both case no. **CV2023-052566** filed on July 5, 2023 in Superior Court of Arizona in Maricopa County as well as **case no. CV24-00961-PHX-JJT** filed on April 26, 2024, in Federal Court attached as **Exhibit A** to this pleading in order to discover the reason why her business and medical career including her medical license and reputation were destroyed by Defendants, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, Alan Konyer as an additional reason for great hardship due to financial loss over the past six (6) months.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 97

97

Plaintiff, Erika Sykes McKeen claims the Defendants, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes and Alan Konyer to be responsible for her now having to reside at Adams Place Homeless Shelter and Day Center in Washington, DC, 2100-B Adams Place NE, Washington, DC, 20018 since October 1, 2024.  Plaintiff, Erika Sykes McKeen claims since she has resided at this homeless shelter that she has been threatened that Defendants, Mary "Laura" Sykes and Michael Sykes have actually contacted "case workers" in attempts to stop her from testifying by having her harassed and with attempts to have her committed.  Plaintiff, Erika Sykes McKeen claims that upon arriving at this homeless shelter, this created a hostile environment and that she was threatened and even assaulted and had to file an order of protection on November 1, 2024, at 500 Indiana Ave NW, Washington, DC, 20001, but claims

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 98

she was able to diffuse this situation and claims now to be getting along fine with the staff and other residents. "Concheeta" claimed they wanted Plaintiff, Erika Sykes McKeen falsely diagnosed with "delusional depression" and she was also warned that if they could not get her into the hospital, that they would put her there by "beating her up".

Plaintiff, Erika Sykes McKeen claims she has not been able to see her daughter, A.M. or her two (2) cats (Meadow and Sox) in over six (6) months due to travel to Washington, DC and interference from the Defendants in her meetings with Public Integrity office and claims this has been stressful.

### V.    DAMAND FOR RELIEF

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 99

99

Plaintiff, Erika Sykes McKeen claims she has suffered damages as stated above and as attached in **Exhibit A**, and claims she is entitled to relief. Plaintiff, Erika Sykes McKeen demands relief and is pleading Tier 3, because she claims the damages done by the conduct of the Defendants, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes and Alan Konyer to be estimated at more than $300,000.

Plaintiff, Erika Sykes McKeen respectfully requests the Court award her Actual Damages to compensate the amount the Court believes to be her total loss caused by the Defendants.

Plaintiff, Erika Sykes McKeen respectfully requests the Court also award her Compensatory Damages, based on what the Court believes to be the amount equivalent to the loss she has suffered.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 100

100

Plaintiff, Erika Sykes McKeen respectfully requests the Court also award her Punitive Damages, exemplary damages if the Court finds that the conduct or behavior of Defendants, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, and Alan Konyer to be especially reckless or malicious.  Plaintiff, Erika Sykes McKeen claims the Defendants, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, and Alan Konyer's willful acts were oppressive and fraudulent.  Plaintiff, Erika Sykes McKeen alleges the Defendants, Federal Bureau of Investigation, Bryan Koestner, Tina Koestner, Mary "Laura" Sykes, Michael Sykes, and Alan Konyer all worked together with a culpable state of mind and were willful in their cruel and inhumane treatment of Plaintiff, Erika Sykes McKeen over the past eleven (11) years.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 101

Plaintiff, Erika Sykes McKeen demands to be awarded any Court costs and reasonable Attorney fees be paid by the Defendants if necessary and appropriate.

Plaintiff, Erika Sykes McKeen demands interest be awarded to her on any Judgement awarded, and be paid by the Defendants at the standard interest rate.

Plaintiff, Erika Sykes McKeen also respectfully requests the Court grant her Preliminary Injunctive relief by awarding her a permanent injunction against harassment or privacy violation from all the Defendants in this case. Plaintiff, Erika Sykes McKeen claims to the Court that she has brought this case to Court on merits, suffers a great hardship compared to the Defendants, and that for the purpose of her health, she requests an immediate injunction against harassment and to have no more direct or indirect contact unless through their Counsel from especially Defendants, Mary "Laura" Sykes and Michael Sykes. Plaintiff, Erika

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 102

Sykes McKeen respectfully requests this injunctive relief be awarded as soon as possible to cease and desist all contact with her directly and indirectly.

Plaintiff, Erika Sykes McKeen requests the Court does award her at some time during or at the end of this case, a Permanent Injunction against any harassment or privacy violation misconduct to protect her as well as her underage, minor daughter regarding Defendants, Mary "Laura" Sykes and Michael Sykes.

Plaintiff, Erika Sykes McKeen has read that the type of Preliminary Injunction awarded is usually a temporary injunction against harassment as well as cease and desist until the resolution of all the issues in this case to be determined at the end of this civil litigation.  Plaintiff, Erika Sykes McKeen respectfully requests this preliminary injunction to be as soon as possible and for as long as possible against Defendants, Mary "Laura" Sykes and Michael Sykes.

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 103

Plaintiff, Erika Sykes McKeen claims that based on the misconduct of the Defendants in this case, she is seeking a preliminary injunctive relief and claims she can demonstrate that irreparable injury in the absence of such an Order, that the threatened injury and possible irreparable harm to her outweighs the potential harm to the Defendants resulting from this Order.

Plaintiff, Erika Sykes McKeen respectfully requests the Court grant her a temporary "restraining order" or injunction against harassment without notice against Defendants, Mary "Laura" Sykes and Michael Sykes.  Plaintiff, Erika Sykes McKeen claims a real risk of immediate and irreparable injury, loss or damage to likely result before the Defendants, Mary "Laura" Sykes and Michael Sykes could be heard in opposition.  Plaintiff, Erika Sykes McKeen additionally alleges prior notice will likely cause the Defendants, Mary "Laura" Sykes and

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 104

Michael Sykes to take action resulting in such injury, loss or damage to Plaintiff, Erika Sykes McKeen as the reason for requesting a Temporary Restraining Order Without Notice.

Plaintiff, Erika Sykes McKeen claims that the Preliminary Injunction is not adverse to public interest but will stop damages to Plaintiff, Erika Sykes McKeen as well as her daughter, A.M.  Plaintiff, Erika Sykes McKeen claims this action has precedence over all other matters brought to Court.

Plaintiff, Erika Sykes McKeen respectfully requests the Court award her any other damages or costs that the Court deem necessary or appropriate.

CERTIFICATION AND CLOSING

Plaintiff, Erika Sykes McKeen does certify by signing below, to the best of her knowledge, information, and belief that this Complaint is not being presented for

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 105

an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; the claims and other legal contentions therein are warranted by existing law or by a not frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law; the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and the Complaint otherwise complies with the requirements of Rule 11 of the *Federal Rules of Civil Procedure.*

RESPECTFULLY SUBMITTED this 10th Day of December, 2024.

By: Erika Sykes McKeen

Erika Sykes McKeen
2210-B Adams Place NE
Washington, DC
20018

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 106

106

Phone: N/A
Email: N/A

**Defendants:**

Federal Bureau of Investigation (FBI)
*US Secretary of State to be served as public entity:
Antony Blinken
2201 C Street NW, Washington, DC, 20520
(202) 456-1111
dspublicaffairs@state.gov


Bryan Koestner
6642 E. Baseline Rd., unit #104
Mesa, AZ, 85206
Phone:
bkoestner@ymail.com


Tina Koestner
6642 E. Baseline Rd., unit #104
Mesa, AZ, 85206
Phone:
tkoestner@ymail.com


Mary "Laura" Sykes
49 Lyndsey Lane,
McKellar, Ontario, Canada, P2A 0B5
(519) 938-7544
msykes@bell.net


CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 107

Michael Sykes
49 Lyndsey Lane,
McKellar, Ontario, Canada, P2A 0B5
(519) 278-1926
Msykes0625@gmail.com


Alan Konyer
89 Bond St.,
Lindsay, Ontario, Canada, K9V 0A1
(705) 928-4550
akonyer@hotmail.com

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 108

108

# Exhibit A

CIVIL LITIGATION COMPLAINT, MONEY LAUNDERING, IDENTITY THEFT, SIGNATURE FORGERY, IMMIGRATION FRAUD, FRAUDULENT INDUCEMENT, VOYEURISM, VIDEO VOYEURISM, INTERCEPTION ELECTRONIC COMMUNICATIONS, COMPUTER FRAUD, MAIL THEFT, THEFT, TAMPERING WITH PHYSICAL EVIDENCE, RECKLESS ENDANGERMENT, HARASSMENT, DEFAMATION, TORT-IIED, OBSTRUCTION OF JUSTICE IN CRIMINAL INVESTIGATION - 109